UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TERRY PATRICK              )
                           )
v.                         )    NO. 2:07-CV-170
                           )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security )

# **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. The plaintiff has filed objections to this report. [Doc. 17].

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 16], and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the plaintiff's objections to the Report and Recommendation are **OVERRULED**, that the Report and Recommendation is **ADOPTED** and **APPROVED**, that the motion for summary judgment filed by the plaintiff is **DENIED**, [Doc. 11], that the motion for summary judgment filed by the defendant is **GRANTED,** [Doc. 13], and the plaintiff's complaint is **DISMISSED**.

So Ordered.

ENTER:

                                                        s/J. RONNIE GREER
                                   UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT